consideration of petition for writ of certiorari denied. Certiorari denied.

No. 05–153. CITY OF FAIRFIELD, OHIO, ET AL. v. TUCKER ET AL. C. A. 6th Cir. Motions of City of Athens, Ohio, et al. and International Municipal Lawyers Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 05–5044. LOVITT v. TRUE, WARDEN. C. A. 4th Cir. Motions of The Innocence Project, Inc., et al. and National Association of Criminal Defense Lawyers for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 05–5313. MILLER v. UNITED STATES. C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 05–5726. BAILEY v. O'BRIEN, WARDEN. C. A. 6th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied. Certiorari denied.

No. 05–6085. MORALES-ZAVALA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.*

No. 05–6107. CALLUM ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.*

No. 03–10700. REYNOSO v. CALIFORNIA; 545 U. S. 1127;

No. 04–7519. JURCONI v. GLENHAVEN LAKES CLUB ET AL., 543 U. S. 1157;

No. 04–8117. FORDE v. CLARK, WARDEN, ET AL., 545 U. S. 1130;

No. 04–8841. O'GARA v. NEW YORK, 544 U. S. 1019;

---

*See also note, *supra,* p. 801.

No. 04–9093. RICHARDSON v. RICHARDSON ET AL., 544 U. S. 1038;

No. 04–9812. LOVE v. RYAN, ACTING WARDEN, 545 U. S. 1143;

No. 04–9858. CURTO v. EDMONDSON ET AL., 545 U. S. 1133; and

No. 04–10398. KUCERA v. UNITED STATES, 545 U. S. 1149. Petitions for rehearing denied.

OCTOBER 6, 2005

No. 05A311. HOWARD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

OCTOBER 7, 2005

No. 04–10559. BLAZEVICH v. UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 11, 2005

No. 05–309. NEW YORK DEPARTMENT OF TRANSPORTATION v. NEWSDAY, INC. Ct. App. N. Y. Certiorari dismissed under this Court's Rule 46.

No. 04–1387. TUGMAN v. UNITED STATES. C. A. 11th Cir.

No. 04–1467. ROMAN-ROMAN v. UNITED STATES. C. A. 10th Cir.

No. 04–9748. BRITT v. UNITED STATES. C. A. 11th Cir.